1054

[No. 20215-8-II.   Division Two.   September 5, 1997.]
SCOTT L. HAVSY, D.O., ET AL., *Appellants*, v.
FREDERICK G. FLYNN, D.O., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-11137-3, Arthur W. Verharen, J., entered December 8, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Armstrong, J. Now published at 88 Wn. App. 514.

[No. 20316-2-II.   Division Two.   September 5, 1997.]
THE STATE OF WASHINGTON, *Respondent*, v. GORDON
FRANCIS HARRYMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-01740-1, James D. Ladley, J., entered January 19, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 20946-2-II.   Division Two.   September 5, 1997.]
THE STATE OF WASHINGTON, *Appellant*, v. RONALD L.
MILLER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-1-00380-8, Leonard W. Kruse, J., entered October 4, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, J.; Hunt, J., dissenting.

[No. 35195-8-I.   Division One.   September 8, 1997.]
SKIDMORE, OWINGS & MERRILL, *Appellant*, v.
INTRAWEST I LIMITED PARTNERSHIP, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-16101-0, Sally Phillips Pasette, J., entered August 4, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Becker, J.